# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| NAGASE & CO., LTD., | |
| Plaintiff-Appellant, | |
| v. | Appeal No. 2025-1008 |
| UNITED STATES, | |
| Defendant-Appellee. | |

## **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

Plaintiff-Appellant Nagase & Co., Ltd. and Defendant-Appellee the United States hereby notify the Court that they have reached settlement resolving all claims raised by this appeal.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: January 31, 2025

| /s/ Claudia Burke | /s/ Christopher G. Michel |
|---|---|
| Claudia Burke | Christopher G. Michel |

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General | Christopher G. Michel<br>Michael J. Sebring<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP |
| PATRICIA M. MCCARTHY<br>Director | 1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |
| CLAUDIA BURKE<br>Deputy Director<br>Authorized Representative of the<br>Attorney General<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 353-9063<br>claudia.burke@usdoj.gov | christophermichel@quinnemanuel.com<br>michaelsebring@quinnemanuel.com<br><br>Jay C. Campbell<br>Cristina M. Cornejo<br>WHITE & CASE LLP<br>701 Thirteenth Street NW<br>Washington, DC 20005<br>(202) 626-3600<br>jcampbell@whitecase.com<br>cristina.cornejo@whitecase.com |
| *Counsel for Defendant-Appellee United States* | *Counsel for Plaintiff-Appellant Nagase & Co., Ltd.* |