NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NAGASE & CO., LTD.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

———————————

2025-1008

———————————

Appeal from the United States Court of International Trade in No. 1:21-cv-00574-SAV, Judge Stephen A. Vaden.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.


                                              FOR THE COURT


February 3, 2025                            Jarrett B. Perlow
      Date                                   Clerk of Court


**ISSUED AS A MANDATE:** February 3, 2025